In the Matter of the Accounting of HERMAN LEVIN, as an Executor of MORRIS LEVIN, Deceased. HERMAN LEVIN, Individually and as an Executor of MORRIS LEVIN, Deceased, Appellant and Respondent; BELLE L. BURRILL et al., Respondents and Appellants.

Submitted November 17, 1952; decided November 25, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 302 N. Y. 535.]